CITY OF LEAVENWORTH, KANSAS, Respondent, v. THE NEW YORK TRUST COMPANY, as Trustee, Appellant.— Order, denying defendant's motion for an order directing plaintiff to serve an amended complaint by adding the unknown

holders of the fifty unregistered bonds mentioned in the complaint, as parties defendant, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.